UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERIE SNIDER,

        Plaintiff,

        Case No. 1:10-cv-111

v.

        HONORABLE PAUL L. MALONEY

GLOBAL CREDIT AND
COLLECTION CORPORATION,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Global Credit and Collection Corporation has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Global Credit and Collection Corporation shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: April 22, 2010                                       /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge